**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Case No. 10-cv-01391-WJM

HANEEF MAJEED,

      Petitioner,

v.

BLAKE R. DAVIS, Warden,

      Respondent.

---

**ORDER GRANTING MOTION TO DISMISS**

---

Martínez, J.

      This matter is before the Court on the "Motion to Dismiss § 2241 Petition Without Prejudice" (Doc. #24) filed on May 26, 2011, by Petitioner Haneef Majeed.  Respondent has filed a Response (Doc. #25) stating that he does not oppose the Motion to Dismiss.

      THEREFORE, IT IS ORDERED as follows:

      1.  That the "Motion to Dismiss § 2241 Petition Without Prejudice" (Doc. #24) filed on May 26, 2011, by Petitioner Haneef Majeed is GRANTED;

      2.  That the "Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241" (Doc. #3) filed on June 23, 2010, is DENIED;

      3.  That this case is DISMISSED WITHOUT PREJUDICE;

      4.  That all other pending motions are DENIED as moot.

Dated this 21st day of June, 2011.

BY THE COURT:

_____
William J. Martínez
United States District Judge

2